VARIOUS CH. 13's.                                                    DECEMBER 27, 2016

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611     0762819

December 13, 2016

PAY   Exactly Three Thousand One Hundred Seventy Five And 48/100 Dollars

$******3,175.48

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

S.J. Beaulieu Jr.

⑈007901⑈ ⑆880051749⑆

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 235564      - KW

December 27, 2016
      14:10:30

                                                SEE ATTACHED
                                                 12/27/16
                                                    CV.

TREASURY REGFUND
Debtor.: VARIOUS
Amount.:           $3,175.48 CH
Check#.: 762819



Total->  $3,175.48



FROM: BEAULIEU

| | | U.S. BANKRUPTCY COURT/ REGISTRY CHECK# 0762819 | | | | |
|---|---|---|---|---|---|---|
| CASE # | DEBTOR/ DEBTORS | DEBTOR'S ADDRESS | AMOUNTS | PAYEES | TRUSTEE'S CLAIM# | COURT'S CLAIM# |
| 11-10270 | SAMUEL ARMSTRONG | 2118 BURGUNDY NEW ORLEANS, LA 70116 | $ 253.66 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 1 | 4 |
| 11-11141 | ANTHONY & AVALEE COLLINS | 13421 N NEMOURS ST NEW ORLEANS, LA 70129 | $ 3.00 | ANTHONY & AVALEE COLLINS 13421 N NEMOURS ST NEW ORLEANS, LA 70129 | 0 | 0 |
| 11-11535 | JOHN & ANDREA MARCEL | 5214 HWY 56 CHAUVIN, LA 70344 | $ 59.54 | JOHN & ANDREA MARCEL 5214 HWY 56 CHAUVIN, LA 70344 | 0 | 0 |
| 11-11787 | KASEY & AMY LORD | 3411 HWY 1 RACELAND, LA 70394 | $ 147.66 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 8 | 2 |
| 11-12813 | BETTY FRANATOVICH | 3402 DELILLE ST CHALMETTE, LA 70043 | $ 15.70 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 15 | 2 |
| 11-12867 | SHANNON HARDEN | PSC 824 BOX 1001 FPO, AE 09623-0000 | $ 53.47 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 7 | 1 |
| 11-12954 | HENRY & ELOSIE STAMPLEY | 3807 LEONIDAS ST NEW ORLEANS, LA 70118 | $ 317.55 | HENRY & ELOSIE STAMPLEY 3807 LEONIDAS ST NEW ORLEANS, LA 70118 | 0 | 0 |
| 12-10005 | ROBERT & STACIE GOODWIN | 1713 THOMAS ST GRETNA, LA 70053 | $ 195.54 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 3 | 3 |
| 12-11553 | JESUS GARCIA | 1215 MARIGNY ST NEW ORLEANS, LA 70117 | $ 318.69 | SEWERAGE & WATER BOARD OF NO 625 ST JOSEPH ST ROOM 140 NEW ORLEANS, LA 70165 | 13 | 6 |
| 12-13104 | CATHERINE SCHILLING | 111 WEST WACKER APT 4009 CHICAGO, IL 60601 | $ 518.49 | CATHERING SCHILLING 111 WEST WACKER APT 4009 CHICAGO, IL 60601 | 0 | 0 |
| 12-13313 | PAUL PATIN | 1920 N DORGENOIS ST NEW ORLEANS, LA 70119 | $ 26.00 | SEWERAGE & WATER BOARD OF NO 625 ST JOSEPH ST ROOM 140 NEW ORLEANS, LA 70165 | 12 | 5 |
| 13-10849 | QUENTIN DEAN | 208 AMERICAN BLVD HOUMA, LA 70363 | $ 582.24 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 1 | 2 |
| 14-11040 | CAROLYN BRIDGES | 3817 W LOYOLA DR KENNER, LA 70065 | $ 65.24 | COUCH CONVILLE BLITT LLC 1450 POYDRAS ST STE 2200 NEW ORLEANS, LA 70112 | 5 | 7 |
| 14-12783 | SHANELL BUCHANAN | 3305 DEARMAS ST NEW ORLEANS, LA 70114 | $ 254.82 | AMERICAN HONDA FINANCE CORP NATIONAL BANKRUPTCY CENTER PO BOX 168088 IRVING, TX 75016 | 2 | 4 |
| 14-13022 | SONJAC GEORGE | 3225 WOODLAWN PARK DR HOUSTON, TX 77082 | $ 200.88 | AMERICAN INFOSOURCE LP PO BOX 51178 LOS ANGELES, CA 90051 | 15 | 6 |
| 15-10814 | JEFFREY & LENA LEBOEUF | 114 KEVIN ST BOURG, LA 70343 | $ 163.00 | AMERICAN INFOSOURCE LP PO BOX 51178 LOS ANGELES, CA 90051 | 9 | 6 |
| | | TOTAL | $ 3,175.48 | | | |